Amiad U.S.A., Inc.
v.
Advanced Water Technologies

No. 18-cv-520

Amiad U.S.A., Inc's Brief Opposing AWT's Motion to Dismiss or in the Alternative to Transfer

# Exhibit B

## U.S. District Court — Judicial Caseload Profile

**NEW YORK SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2013 | Jun 30 2014 | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 11,753 | 12,179 | 13,013 | 13,074 | 12,526 | 13,727 | | |
| | Terminations | | 12,000 | 12,263 | 13,703 | 12,731 | 13,252 | 12,578 | | |
| | Pending | | 18,774 | 18,545 | 18,069 | 18,341 | 17,030 | 18,152 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 16.8 | 12.7 | 5.5 | 5.0 | 9.6 | | 24 | 2 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months [2] | | 57.8 | 8.7 | 0.0 | 11.0 | 16.0 | 38.8 | | |
| **Actions per Judgeship** | Filings | Total | 420 | 435 | 465 | 467 | 447 | 490 | 48 | 3 |
| | | Civil | 333 | 362 | 401 | 382 | 364 | 414 | 27 | 3 |
| | | Criminal Felony | 62 | 49 | 43 | 58 | 52 | 49 | 81 | 6 |
| | | Supervised Release Hearings | 25 | 23 | 21 | 27 | 31 | 28 | 57 | 5 |
| | Pending Cases [2] | | 671 | 662 | 645 | 655 | 608 | 648 | 23 | 3 |
| | Weighted Filings [2] | | 436 | 427 | 442 | 471 | 457 | 512 | 29 | 3 |
| | Terminations | | 429 | 438 | 489 | 455 | 473 | 449 | 54 | 4 |
| | Trials Completed | | 14 | 16 | 14 | 14 | 15 | 14 | 57 | 5 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.9 | 15.1 | 16.3 | 14.5 | 13.1 | 14.3 | 82 | 5 |
| | | Civil [2] | 8.3 | 8.1 | 8.9 | 7.9 | 8.4 | 6.4 | 12 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 26.6 | 32.1 | 30.0 | 25.1 | 31.4 | 31.4 | 39 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 3,456 25.7 | 3,454 25.4 | 2,716 20.0 | 2,397 17.6 | 2,265 18.8 | 2,493 18.8 | 85 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 2.0 | 1.7 | 1.7 | 2.0 | 2.2 | 2.0 | | |
| | Jurors | Avg. Present for Jury Selection | 89.1 | 87.5 | 75.8 | 73.1 | 68.7 | 75.7 | | |
| | | Percent Not Selected or Challenged | 60.0 | 56.1 | 55.1 | 55.7 | 48.6 | 51.6 | | |

| 2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 11,579 | 492 | 1,009 | 1,135 | 17 | 106 | 1,427 | 1,091 | 751 | 1,232 | 2,931 | 36 | 1,352 |
| Criminal [1] | 1,352 | 11 | 598 | 57 | 170 | 323 | 56 | 49 | 2 | 21 | 13 | 7 | 45 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

# U.S. District Court — Judicial Caseload Profile

**NORTH CAROLINA MIDDLE**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2013 | Jun 30 2014 | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 1,909 | 1,813 | 1,801 | 2,058 | 1,860 | 1,828 | | |
| | Terminations | | 1,615 | 2,107 | 1,981 | 1,983 | 1,918 | 1,882 | | |
| | Pending | | 2,250 | 1,962 | 1,756 | 1,825 | 1,778 | 1,739 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -4.2 | 0.8 | 1.5 | -11.2 | -1.7 | | 67 | 8 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 0.0 | 12.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | Filings | Total | 477 | 453 | 450 | 515 | 465 | 457 | 54 | 6 |
| | | Civil | 317 | 297 | 266 | 375 | 296 | 285 | 55 | 7 |
| | | Criminal Felony | 131 | 129 | 149 | 101 | 129 | 116 | 26 | 3 |
| | | Supervised Release Hearings | 30 | 28 | 36 | 38 | 41 | 57 | 23 | 4 |
| | Pending Cases [2] | | 563 | 491 | 439 | 456 | 445 | 435 | 52 | 5 |
| | Weighted Filings [2] | | 404 | 407 | 428 | 402 | 418 | 390 | 60 | 7 |
| | Terminations | | 404 | 527 | 495 | 496 | 480 | 471 | 50 | 5 |
| | Trials Completed | | 20 | 17 | 16 | 14 | 13 | 21 | 24 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 6.6 | 6.8 | 6.1 | 7.0 | 6.3 | 6.7 | 13 | 2 |
| | | Civil [2] | 11.4 | 11.0 | 11.6 | 10.5 | 9.7 | 9.3 | 49 | 6 |
| | From Filing to Trial [2] (Civil Only) | | - | - | - | - | - | - | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 97 / 5.7 | 100 / 6.9 | 157 / 12.7 | 121 / 8.7 | 82 / 6.4 | 83 / 6.7 | 47 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.2 | 1.4 | 1.3 | 1.3 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 69.4 | 44.2 | 42.1 | 49.9 | 48.7 | 43.8 | | |
| | | Percent Not Selected or Challenged | 54.8 | 40.7 | 24.2 | 48.5 | 43.7 | 46.6 | | |

### 2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1,138 | 173 | 15 | 446 | 18 | 9 | 60 | 94 | 49 | 28 | 155 | - | 91 |
| Criminal [1] | 461 | 12 | 112 | 39 | 174 | 52 | 26 | 24 | 2 | 5 | 4 | 2 | 9 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

# U.S. District Court — Judicial Caseload Profile

**NORTH CAROLINA WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2013 | Jun 30 2014 | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 2,467 | 1,995 | 1,942 | 2,309 | 2,214 | 2,204 | | |
| | Terminations | | 2,207 | 2,334 | 2,197 | 2,212 | 2,119 | 2,220 | | |
| | Pending | | 2,294 | 1,945 | 1,676 | 1,780 | 1,871 | 1,839 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -10.7 | 10.5 | 13.5 | -4.5 | -0.5 | | 63 | 6 |
| | Number of Judgeships | | 5 | 5 | 5 | 5 | 5 | 5 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.9 | | |
| **Actions per Judgeship** | Filings | Total | 493 | 399 | 388 | 462 | 443 | 441 | 61 | 7 |
| | | Civil | 304 | 241 | 217 | 285 | 247 | 249 | 69 | 9 |
| | | Criminal Felony | 143 | 105 | 113 | 120 | 138 | 122 | 24 | 2 |
| | | Supervised Release Hearings | 46 | 53 | 58 | 57 | 57 | 70 | 15 | 3 |
| | Pending Cases [2] | | 459 | 389 | 335 | 356 | 374 | 368 | 70 | 7 |
| | Weighted Filings [2] | | 480 | 353 | 360 | 383 | 438 | 401 | 57 | 6 |
| | Terminations | | 441 | 467 | 439 | 442 | 424 | 444 | 56 | 6 |
| | Trials Completed | | 24 | 20 | 17 | 14 | 15 | 17 | 41 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.4 | 15.4 | 15.6 | 11.4 | 9.7 | 9.0 | 38 | 6 |
| | | Civil [2] | 8.1 | 9.4 | 8.5 | 9.2 | 8.7 | 8.7 | 43 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 24.9 | 24.5 | - | 19.2 | 17.9 | 19.3 | 7 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 34 / 2.7 | 36 / 3.2 | 38 / 3.9 | 39 / 3.3 | 45 / 3.7 | 54 / 4.5 | 30 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.5 | 1.4 | 1.6 | 1.5 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 30.5 | 30.7 | 34.2 | 28.7 | 29.1 | 42.1 | | |
| | | Percent Not Selected or Challenged | 24.2 | 17.5 | 22.1 | 29.7 | 20.5 | 40.3 | | |

### 2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1,244 | 224 | 12 | 283 | 20 | 21 | 88 | 122 | 65 | 48 | 229 | 2 | 130 |
| Criminal [1] | 608 | 15 | 182 | 56 | 158 | 93 | 20 | 39 | 5 | 6 | 10 | 4 | 20 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."